FILED
 2010 Nov-16  AM 10:07
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STANLEIGH SHAW, | ] |
| Movant, | ] |
| vs. | ] CV-10-KOB-RRA-8032-S |
|  | ] CR-08-KOB-RRA-0084-S |
| THE UNITED STATES OF AMERICA, | ] |
| Respondent. | ] |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation, recommending that this 28 U.S.C. § 2255 motion to vacate be denied because it is barred by the statute of limitations. The movant has filed objections to the report and recommendation. In his objections, Shaw "explain[s] why [he] believe[s] that [he] is in fact innocent."

In his explanation, Shaw makes various legal arguments, alleging inconsistencies between the indictment, the plea agreement, and the government's evidence against him. However, "'actual innocence' means factual innocence, not mere legal insufficiency." *Bousley v. United States*, 523 U.S. 614, 623 (1998). Because Shaw has not presented any new, reliable evidence that shows that "it is more likely than not that no reasonable juror would have convicted him," *Schlup v. Delo*, 513 U.S. 298, 327-328 (1995), he has failed to meet the *Schlup* standard.

The court has considered the entire file in this action, together with the report and recommendation and the objections, and has reached an independent conclusion that the

report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.

The motion to vacate is due to be DENIED. An appropriate order will be entered.

Done this 16th day of November, 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE